

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

XL Insurance America, Inc., Appellant

No. 06-20-00048-CV      v.

Maurice Covington, Appellees

Appeal from the 15th District Court of Grayson County, Texas (Tr. Ct. No. CV-18-1732). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, XL Insurance America, Inc., pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 1, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk